**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
ERIK BLECHER, et al.,

                    Plaintiff,

       -against-                                  20 **CIVIL** 3545 (JPO)

                                                      **JUDGMENT**

THE HOLY SEE,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 28, 2022, the motion to dismiss filed by the Holy See is GRANTED, and the amended complaint is dismissed for lack of subject matter jurisdiction under the Foreign Sovereign Immunities Act; accordingly, the case is closed.

**Dated:**  New York, New York

       September 29, 2022

                                                                  **RUBY J. KRAJICK**

                                                                   **Clerk of Court**

                                **BY:**    *K. Mango*

                                                                    **Deputy Clerk**